JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYEON INVESTMENTS PTY LTD, <u>et al.</u>,<br><br>Plaintiffs,<br><br>v.<br><br>TRENT MCKENDRICK, <u>et al.</u>,<br><br>Defendants. | Case No. CV 25-11326 FMO (PVCx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 23rd day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge